# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STANLEY SAITTA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO,<br><br>　　　　Respondent. | Case No. EDCV 17-01354 SJO (RAO)<br><br>JUDGMENT |

　　Pursuant to the Memorandum and Order Dismissing Habeas Action Without Prejudice,

　　IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: May 1, 2018

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE